UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR OLMEDA,<br><br>　　　　　Defendant. | CASE NO.:  21CR2099-JLS<br><br>ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

This matter comes before the Court upon the joint application of the parties to continue the hearing scheduled for October 8, 2021, and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161.  Based on the application, the Court makes the following findings:

For reasons stated in the joint motion to continue the motions hearing, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS ORDERED that the motion to continue is granted.  The hearing scheduled for October 8, 2021, shall be continued to November 12, 2021 at 1:30 p.m.

**SO ORDERED.**

Dated:  October 6, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge